UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CARLOS WEBB, | No. 2:16-cv-1368 AC P |
| Petitioner, | |
| v. | ORDER |
| KIM HOLLAND, Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis application or paid the required filing fee ($5.00).[1] See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to submit either a completed application to proceed in forma pauperis, or the required filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall, within thirty days from the filing date of this order, submit a completed application in support of his request to proceed in forma pauperis, or the required filing fee.

////

---

[1] Petitioner has, however, informed the court that he may not qualify for in forma pauperis status, and that he anticipates his family will pay the filing fee. See ECF No. 1 at 53. Petitioner is informed that he may be considered for in forma pauperis status even though he received outside money in April and May.

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by prisoners in this district.

3. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: June 22, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE